1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ORTIZ-GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00026 JW |
|---|---|---|
|                           | ) |                    |
| Plaintiff,                | ) | **STIPULATION TO CONTINUE FOR** |
| v.                        | ) | **CHANGE OF PLEA; [PROPOSED]** |
|                           | 01:30 PM ) | **ORDER** |
| OTILIO ORTIZ-GUZMAN,      | ) |                    |
|                           | ) |                    |
| Defendant.                | ) |                    |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Monday, February 05, 2007, at 9:00 a.m., be continued to Monday, February 26, 01:30 PM
2007, at 9:00 a.m.  The continuance is requested due to ongoing defense investigation and effective preparation.

The parties further agree and stipulate that time should be excluded from and including February 05, 2007 through and including February 26, 2007, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

| | | |
|---|---|---|
|  | Dated: 02/02/07 | _____/s/_____<br>NICHOLAS P. HUMY<br>Assistant Federal Public Defender |
|  | Dated: 02/08/07 | _____/s/_____<br>JOSEPH FAZIOLI<br>Assistant United States Attorney |

**ORDER**

The parties have jointly requested a continuance of the hearing set for February 05, 2007 due to effective preparation and ongoing defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 05, 2007 be continued to February 26, 2007 at ~~9:00a.m.~~ 01:30 PM as well as the period of delay from February 05, 2007, to and including February 26, 2007, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated:   2/13/2007

_____
JAMES WARE
United States District Judge

ORDER CONTINUING HEARING
No. CR 07-00026 JW                2